IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JIMMIE EARL BRACKS, #250433**                                                  **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO.  1:05cv449LG-RHW**

**BILOXI POLICE DEPARTMENT and the**
**HARRISON COUNTY DISTRICT ATTORNEY**            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 18th day of May, 2006.

                                        s/ *Louis Guirola, Jr.*
                                        LOUIS GUIROLA, JR.
                                        UNITED STATES DISTRICT JUDGE